UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 22-cr-10080 |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| DANA LAMB, | ) | Count One: False Document Submitted to |
| | ) | I.R.S. |
| Defendant | ) | (26 U.S.C. § 7207) |
| | ) | |

INFORMATION

At all times relevant to this Information:

General Allegations

1. DANA LAMB ("LAMB") was a Boston Police Officer.

2. In May 2020, LAMB won $10,000 on a Massachusetts State Lottery Commission ("MSLC") scratch ticket (the "Winning Ticket").

3. Soon thereafter, rather than redeeming the Winning Ticket in accordance with MSLC rules, LAMB sold the Winning Ticket to a convenience store owner for $7,500 in cash. That convenience store owner subsequently provided the Winning Ticket to another individual known to the United States Attorney. That individual redeemed the Winning Ticket with the MLSC.

4. LAMB did not report the $10,000 in proceeds from the Winning Ticket or any portion thereof on his U.S. Individual Tax return for the tax year 2020.

5. LAMB's failure to report the proceeds from the Winning Ticket on his U.S. Individual Tax return for the tax year 2020 resulted in an additional tax due and owing for that year of $1,800.

## COUNT ONE
### False Document Submitted to I.R.S.
(26 U.S.C. § 7207)

The United States Attorney charges:

6. The United States attorney re-alleges and incorporates by reference paragraphs 1-5 of this Information.

7. On or about January 26, 2021, in the District of Massachusetts, the defendant,

**DANA LAMB,**

did willfully deliver and disclose by submitting to an Officer of the Internal Revenue Service, United States Treasury Department, a U.S. Individual Tax return, for the tax year 2020, which he knew was false and fraudulent as to a material matter in that it did not disclose any gambling winnings when in fact he knew that he had gambling winnings of approximately $10,000 in tax year 2020.

All in violation of Title 26, United States Code, Section 7207.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

*[signature]*

EUGENIA M. CARRIS
Assistant U.S. Attorney

Dated: April 7, 2022