UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 22-cr-10080-JCB |
| | ) |
| v. | ) |
| | ) |
| DANA LAMB, | ) |
| Defendant | ) |
| | ) |

SUBSTANTIAL ASSISTANCE MOTION AND SENTENCING SUBMISSION

The government respectfully moves, pursuant to USSG Section 5K1.1 that this Court sentence the defendant to 6 months probation. The parties had agreed previously, pursuant to the plea agreement, to recommend 12 months probation; however, defendant's level of cooperation warrants a downward departure.

More specifically, defendant has provided information helpful to a larger tax fraud and money laundering conspiracy prosecution, in which those defendants are charged with cashing winning lottery tickets on behalf of other individuals for a fee. Individuals who purchase winning lottery tickets will sell these tickets at a discount for cash. These transactions typically occur with convenience store owners and employees. These tickets are then sold by these store owners/employees to the defendants in the related prosecution who ultimately cash them with the Massachusetts State Lottery Commission.

Defendant was immediately forthcoming about conduct that gave rise to the instant prosecution, including his failure to report gambling winnings to the Internal Revenue Service (IRS). He provided helpful and credible information to the government in the above-referenced prosecution. For these reasons, it is the government's view that a sentence of 6 months

probation, a fine as the Court deems appropriate, $1,800 restitution to the IRS, and a $50 special assessment is sufficient, but not greater than necessary to satisfy the goals of 18 U.S.C. § 3553.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

/s/ Eugenia M. Carris
Eugenia M. Carris
Assistant U.S. Attorney

Dated:  June 16, 2022

## Certificate of Service

I certify that, on the above date, this document was filed through ECF which sends copies electronically to the registered participants.

/s/Eugenia M. Carris
Eugenia M. Carris
Assistant U.S. Attorney